FILED
2008 JUL 30 PM 12: 50

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury

'08 CR 2526 JAH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| JUVENTINO NOLASCO, ) | |
| Defendant. ) | |

The grand jury charges:

On or about July 17, 2008, within the Southern District of California, defendant JUVENTINO NOLASCO, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to El Salvador, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the

//

CJB:nlv(1):Imperial
7/29/08

1 | United States, that was a substantial step toward committing the
2 | offense, all in violation of Title 8, United States Code,
3 | Sections 1326(a) and (b).

4 | It is further alleged that defendant JUVENTINO NOLASCO was
5 | removed from the United States subsequent to October 21, 2003.

6 | DATED: July 30, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

2