1    KAREN P. HEWITT
     United States Attorney
2    STEVE MILLER
     Assistant U.S. Attorney
3    California State Bar No. 138020
     United States Attorney's Office
4    880 Front Street, Room 6293
     San Diego, California 92101-8893
5    Telephone: (619) 557-5432
     Email:steve.miller2@usdoj.gov
6
     Attorneys for Plaintiff
7    United States of America

8                          UNITED STATES DISTRICT COURT

9                        SOUTHERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,          )    Criminal Case No. 08cr2526-JAH
                                        )
11                      Plaintiff,      )
                                        )    NOTICE OF APPEARANCE
12            v.                        )
                                        )
13   JUVENTINO NOLASCO,                 )
                                        )
14                      Defendant.      )
                                        )
15   _____ )

16   TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

17        I, the undersigned attorney, enter my appearance as co-counsel in the above-captioned case.

18        I certify that I am admitted to practice in this court or authorized to practice under CivLR

19   83.3.c.3-4.

20        The following government attorneys (who are admitted to practice in this court or authorized

21   to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

22   counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to

23   activity in this case:

24        Name (If none, enter "None" below)

25        None

26

27

28

1    Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2    <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic

3    "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this

4    association):

5    <u>Name</u> (If none, enter "None" below)

6    None

7    Please call me if you have any questions about this notice.

8    DATED: August 30, 2008

                                              Respectfully submitted,

9
                                              KAREN P. HEWITT
10                                            United States Attorney

11                                            *s/Steve Miller*
                                              _____
12                                            STEVE MILLER
                                              Assistant United States Attorney
13                                            Attorneys for Plaintiff
                                              United States of America

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr2526-JAH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| JUVENTINO NOLASCO, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED THAT:

I, STEVE MILLER  am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action.  I have caused service of the Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

1. John R. Fielding, Jr.; jfieldingattyatlaw@yahoo.com

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:

the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2008

       *s/Steve Miller*
       STEVE MILLER

Notice of Appearance
United States v.  Nolasco                                        08cr2526-JAH